CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 8 2007

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAURA BATEMAN,<br>　　Plaintiff,<br><br>v.<br><br>THERAPEUTIC INNOVATIONS, INC.<br>t/a TI WOUNDCARE,<br><br>and<br><br>JONATHAN R. CRADDOCK,<br><br>　　Defendants. | Civil Action No. 7:05-cv-40060<br><br>**ORDER**<br><br><br>By: Hon. James C. Turk<br>Senior United States District Court Judge |

In accordance with the Memorandum Opinion entered this day it is hereby preliminarily **ORDERED** that:

1. Plaintiff shall not refer to or introduce evidence concerning Defendant Craddock's consensual sexual relationships;

2. Plaintiff shall not refer to or introduce evidence of sexually suggestive photographs depicting Defendant Craddock, dating profiles submitted or prepared by Defendant Craddock, or e-mails of a sexual nature sent, received or forwarded by Defendant Craddock that were not sent or shown to the Plaintiff during her term of employment with the Defendants.

At the appropriate time the court may reconsider these rulings if circumstances so require. Both parties are directed to refrain from mentioning the above listed evidence in their opening statements.

The Clerk of Court is directed to send certified copies of this order to all counsel of record.

ENTER: This 8th day of February, 2007.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE